**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
TDCJ Home Q New Offender Search

72,906-05

 

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 07142820 |
| **TDCJ Number:** | 01652026 |
| **Name:** | DIAZ,ELOY GONZALES |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1962-12-01 |
| **Maximum Sentence Date:** | 2017-05-30 |
| **Current Facility:** | RAMSEY I |
| **Projected Release Date:** | 2017-05-30 |
| **Parole Eligibility Date:** | 2014-01-28 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any
additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day
on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

**Parole Review Information**

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2003-02-15 | INDECENCY W/CHILD CONTACT | 2009-09-18 | COLLIN | 219-80280-04 | 7-00-00 |
| 2003-02-15 | INDECENCY W/CHILD EXPOSURE | 2009-09-18 | COLLIN | 219-80280-04 | 7-00-00 |
| 2013-09-09 | FAIL COMPLY SEX OFFEND REGISTER | 2014-03-07 | HARRIS | 140697001010 | 240 Days |

Return to Search list

*The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an offender.*

*For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or webadmin@tdcj.texas.gov. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.*

New Offender Search     TDCJ Home Page